NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

**IN RE RAMBUS INC.**

───────────────

2013-1426

───────────────

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination Nos. 95/000,250 and 95/001,124.

-------------------------------------------------------------------

**IN RE RAMBUS, INC.**

───────────────

2014-1133

───────────────

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,026 and 95/001,128.

───────────────

**ON MOTION**

───────────────

Before LOURIE, DYK, and REYNA, *Circuit Judges.*

LOURIE, *Circuit Judge.*

# O R D E R

Rambus Inc. and the Deputy Director of the U.S. Patent and Trademark Office ("PTO") jointly move to remand these cases to conduct further proceedings in light of *Rambus Inc. v. Rea*, 731 F.3d 1248 (Fed. Cir. 2013).

In *Rambus*, this court vacated the Patent Trial and Appeal Board's obviousness rejection of claims of a related patent based on a combination of the same prior art references at issue here.

Accordingly,

IT IS ORDERED THAT:

(1) The motions are granted. The cases are remanded to the Board to conduct further proceedings consistent with this order.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE: April 23, 2014

s30